IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-165-GCM**

| | |
|---|---|
| RHONDA KAY MOSER BOWEN, ADMINISTRATRIX, | ) ) ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **ADMISSION PRO HAC VICE** |
| KEVIN RUSSELL GALBREATH and CRETE CARRIER CORP., | ) ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendants, Kevin Russell Galbreath and Crete Carrier Corp., to allow **Douglas B. Marcello** to appear *Pro Hac Vice*, dated June 5, 2009 [doc #9].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Marcello has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 19, 2009

Graham C. Mullen
United States District Judge