IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV165

| | | |
|---|---|---|
| RHONDA KAY MOSER BOWEN,<br>Administratrix of the Estate of Josephine<br>Moser, deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KEVIN RUSSELL GALBREATH and<br>CRETE CARRIER CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court upon its own motion. The court is informed that the parties have settled this case and are awaiting a final lien from Medicare. Accordingly, the court hereby continues this case from the June 14, 2010 trial calendar.

IT IS SO ORDERED.

Signed: May 27, 2010

Graham C. Mullen
United States District Judge