IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09CV165-GCM

| | |
|---|---|
| RHONDA KAY MOSER BOWEN, ADMINISTRATRIX OF THE ESTATE OF JOSEPHINE MOSER, DECEASED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KEVIN RUSSELL GALBREATH and CRETE CARRIER CORP., | ) ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court upon its own motion. The Court is informed that this case has been settled and hereby orders it to be continued from the July 12, 2010 calendar. It will be rescheduled for the next term should the parties fail to file a stipulation of dismissal.

SO ORDERED.

Signed: June 30, 2010

Graham C. Mullen
United States District Judge